

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 10, 2022

**By E-Mail**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Carlos Moreno*, **22 Mag. 9052**

Dear Judge McCarthy:

     In light of the arrest of the defendant this morning in the above-referenced case, the Government respectfully requests that the complaint in the case be unsealed.

                  Respectfully submitted,

                  DAMIAN WILLIAMS
                  United States Attorney

By:                
                  Kevin Sullivan
                  Assistant United States Attorney
                  (914) 993-1924

APPLICATION GRANTED

Hon. Judith C. McCarthy

11-10-2022