**LAW OFFICES**
**JOHN S. WALLENSTEIN**
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
(516) 742-5600  FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

November 14, 2022

**BY ECF**

Hon. Judith C. McCarthy
United States Magistrate Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/22

Re:  **United States v. Carlos Moreno**
     **Docket # 22 mj 9052**

Dear Judge McCarthy;

Your Honor appointed me to represent Mr. Moreno at the time of his initial appearance last Thursday, November 10. I have just received an ECF bounce with a Notice of Appearance from retained counsel Gregory Gallo. (See ECF # 6)

In view of this appearance, I respectfully request leave to withdraw as counsel to Mr. Moreno. In view of the short time I spent in representing him, and the fact that I was in court for other matters that day, I waive submission of a CJA voucher.

Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN

JSW/hs

Mr. Wallenstein is relieved with thanks of the Court.

SO ORDERED:
Hon. Paul E. Davison
United States Magistrate Judge
11/15/22